ORIGINAL

LODGED 04 SEP 13 PM 2:28 CLERK U.S. BANKRUPTCY COURT CALIFORNIA BY:

1  MARK ANTHONY RODRIGUEZ (Bar No. 132261)
   **SPECTER & WILLOUGHBY, LLP**
2  4675 MACARTHUR COURT, SUITE 1150
   NEWPORT BEACH, CA 92660
3  Tel: 949-833-9400
   Fax: 949-833-9425
4
   Attorneys for Defendant
5  Walter Stender
6
7
8
                UNITED STATES BANKRUPTCY COURT

                CENTRAL DISTRICT OF CALIFORNIA

                   SANTA ANA DIVISION

9  In re                          CASE NO.  SA 03-11289 JR
10 STM WIRELESS, INC.,            Chapter 11
11
           Debtor.                ADV. PROC. NO. SA 04-01209 JR
12
13 THE OFFICIAL COMMITTEE OF      **STIPULATION RE:RESCHEDULING OF**
   UNSECURED CREDITORS,           **STATUS CONFERENCE; ORDER THEREON**
14
           Plaintiff,             Date:    November 16, 2004
                                  Time:    1:30 p.m.
15                                Dept:    Courtroom 5A
        v.                                 411 West Fourth Street
16                                         Santa Ana, CA
   SLOAN CAPITAL PARTNERS, LLC,
17 a California limited
   liability company;
18 STM NETWORKS, INC., a
   California corporation; EMIL
19 YOUSEFZADEH, an individual;
   JOSEPH WALLACE, an
20 individual; FARAMARZ
   YOUSEFZADEH, an individual;
21 FRANK CONNERS, an individual;
   ERNEST GAMBARO, an
22 individual; RONALD ASKEW, an
   individual; JOHN MURRAY, an
23 individual; WALTER STENDER,
   an individual; JAMES LUECKE,
24 an individual; DAVID
   BREDENDICK, an individual;
25 GREGG MEAD, an individual;
   and DOES 1 through 10,
26 inclusive,
27         Defendants.
28

Scanned By:

1       The parties, through their attorneys below, stipulate that

2  the Status Conference previously scheduled in this Adversary

3  Proceeding for September 15, 2004 will be rescheduled to November

4  16, 2004 at 1:30 p.m. in Courtroom 5A in the above-referenced

5  court.

6

7  Dated: September _8_, 2004

8                                  MARK ANTHONY RODRIGUEZ
                                SPECTER & WILLOUGHBY, LLP

9                                  Attorneys for Defendant
                                Walter Stender

10

11

12

13  Dated: September ___, 2004

14                                  DON E. LANSON
                                GREENBERG & BASS

15                                  Attorneys for Plaintiff The
                                Official Committee of Unsecured

16                                  Creditors

17

18

19  Dated: September _8_, 2004

20                                  JEFFREY A. DAVIS

21                                  EVAN C. SOREM
                                GRAY CARY WARE & FREIDENRICH LLP

22                                  Attorneys for Defendants Sloan
                                Capital Partners, LLP and STM

23                                  Networks, Inc.

24

25

26

27

28

-2-

1  Dated: September ___, 2004

2

3                                          STEPHEN F. BIEGENZAHN
                                           PHILIP E. STROK
4                                          ALBERT, WEILAND & GOLDEN, LLP
                                           Attorneys for Defendants
5                                          Frank Conners, Ernest Gambara,
                                           Ronald Askew, and John Murray

6

7

8  Dated: September  3 , 2004

9

10                                         PAUL DAMIEN KRAMER
                                           LAW OFFICES OF PAUL DAMIEN KRAMER
11                                         Attorneys for Defendants
                                           Greg Mead and David Bredendick

12

13  Dated: September ___, 2004

14                                         SIGNATURE NOT RECEIVED

15                                         DANIEL J. WEINTRAUB
                                           JAMES R. SELTH
16                                         WEINTRAUB & SELTH, APC
                                           Attorneys for Defendant Faramarz
17                                         Yousefzadeh

18

19        It is so ordered.

20

21  September ___, 2004

22

23                                         HON. JOHN E. RYAN
                                           United States Bankruptcy Judge

24

25

26

27

28
                                    -3-

SPECTER
& WILLOUGHBY LLP

1  Dated: September 8, 2004        *Philip E. Strok*

2

3                                  STEPHEN F. BIEGENZAHN
                                   PHILIP E. STROK
4                                  ALBERT, WEILAND & GOLDEN, LLP
                                   Attorneys for Defendants
5                                  Frank Conners, Ernest Gambara,
                                   Ronald Askew, and John Murray
6

7

8  Dated: September ___, 2004

9

10                                 PAUL DAMIEN KRAMER
                                   LAW OFFICES OF PAUL DAMIEN KRAMER
11                                 Attorneys for Defendants
                                   Greg Mead and David Bredendick
12

13  Dated: September ___, 2004

14

15                                 DANIEL J. WEINTRAUB
                                   JAMES R. SELTH
16                                 WEINTRAUB & SELTH, APC
                                   Attorneys for Defendant Faramarz
17                                 Yousefzadeh

18

19        It is so ordered.

20

21  September ___, 2004

22

23        SEP 14 2004              HON. JOHN E. RYAN
                                   United States Bankruptcy Judge
24

25

26

27

28

-3-

1    The parties, through their attorneys below, stipulate that

2    the Status Conference previously scheduled in this Adversary

3    Proceeding for September 15, 2004 will be rescheduled to November

4    16, 2004 at 1:30 p.m. in Courtroom 5A in the above-referenced

5    court.

6

7    Dated: September ___, 2004

8                                          MARK ANTHONY RODRIGUEZ
                                           SPECTER & WILLOUGHBY, LLP
9                                          Attorneys for Defendant
                                           Walter Stender
10

11

12

13   Dated: September 8, 2004

14                                         _____
                                           DON E. LANSON
15                                         GREENBERG & BASS
                                           Attorneys for Plaintiff The
16                                         Official Committee of Unsecured
                                           Creditors
17

18

19   Dated: September ___, 2004

20                                         _____
                                           JEFFREY A. DAVIS
21                                         EVAN R. SOREM
                                           GRAY CARY WARE & FREIDENRICH LLP
22                                         Attorneys for Defendants Sloan
                                           Capital Partners, LLP and STM
23                                         Networks, Inc.

24

25

26

27

28

-2-

**PROOF OF SERVICE**
**In Re STM Wireless, Inc.**
**US Bankruptcy Court, Central District of California – Santa Ana Division**
Case No. SA 0311289 JR

I, ALEXANDRA RENEÉ JOE, declare that:

I am over the age of 18 years and not a party to the within action. I am employed in the County where the Proof of Service was prepared and my business address is: Law Offices of SPECTER & WILLOUGHBY, LLP, 4675 MacArthur Court, Suite 1150, Newport Beach, CA 92660.

On the date set forth below, I served the following document(s):

**STIPULATION RE: RESCHEDULING OF STATUS CONFERENCE**

to the interested party(s):

**PLEASE SEE ATTACHED SERVICE LIST**

by the following means:

**(X)**      **BY MAIL:** By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is processed for collection and mailing it is deposited in the ordinary course of business with the United States Postal Service in Newport Beach, California to the address(es) shown herein.

**( )**      **BY PERSONAL SERVICE:** By placing a true copy thereof, enclosed in a sealed envelope, I caused such envelope to be delivered by hand to the office(s) of the address(es) shown herein.

**( )**      **BY OVERNIGHT DELIVERY:** I caused such delivery by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Specter & Willoughby, LLP, to be delivered by OverNite Express/Federal Express, to the address(es) shown herein.

**( )**      **BY FACSIMILE (FAX):** I caused a true copy thereof sent via facsimile to the number(s) shown herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 13, 2004

_____
ALEXANDRA RENEÉ JOE

1

---

**PROOF OF SERVICE RE STM WIRELESS, INC.**

**SERVICE LIST**
**In Re STM Wireless, Inc.**
**US Bankruptcy Court, Central District of California – Santa Ana Division**
Case No. SA 03-11289 JR; Adv. Proc. No. SA 04-01209 JR

DON E. LANSON
GREENBERG & BASS
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436-2730
Attorneys for Plaintiff The Official Committee of Unsecured Creditors

STEPHEN F. BIEGENZAHN
PHILIP E. STROK
ALBERT, WEILEND & GOLDEN, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Attorneys for Defendants Frank Conners, Ernest Gambaro, Ronald Askew, John Murray

PAUL DAMIEN KRAMER
LAW OFFICES OF PAUL DAMIEN KRAMER
610 Newport Center Drive, Suite 1200
Newport Beach, CA 92660
Attorney for Gregg Mead, David Bredendick

JEFFREY A. DAVIS
EVAN R. SOREM
GRAY CARY WARE & FREIDENRICH, LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Attorneys for Defendants Sloan Capital Partners, LLP and STM Networks, Inc.

DANIEL J. WEINTRAUB
JAMES R. SELTH
WEINTRAUB & SELTH, APC
12421 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Attorneys for Defendant Faramarz Yousefzadeh

1

**SERVICE LIST RE STM WIRELESS, INC.**